

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2021

No. 04-21-00072-CR

Christian William **PFISTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-20-0273
Honorable Frank Follis, Judge Presiding

# O R D E R

On March 5, 2021, we issued an order that the appeal will be dismissed unless appellant causes an amended trial court certification to be filed by April 5, 2021. *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."). On March 26, 2021, appellant filed a "Motion for Extension of Time to Submit Brief." In his motion, appellant asserts that he hired an attorney last year and that his attorney has not contacted him recently or assisted appellant with a response to the court's March 5, 2021 order. Appellant states that he has not been able to work since early last year, and he requests the appointment of counsel. The clerk's record does not show that appellant's counsel has withdrawn, and counsel has not filed a notice of nonrepresentation with this court. *See* TEX. R. APP. P. 6.4.

We, therefore, abate this case to the trial court and ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed or retained counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from the appellant. The trial court shall, however, order the appellant's counsel to be present at the hearing.

The trial court is further ORDERED to file supplemental clerk's and reporter's records in this court, no later than May 7, 2021, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions. All appellate filing dates are ABATED pending further orders from this court.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court